Abdul AZIZ, Plaintiff–Appellant,

v.

ORBITAL SCIENCES CORPORATION, Defendant–Appellee.

No. 01–1409.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

Abdul Aziz, pro se.

Jeffrey Eden Weinstein, Eckert, Seamans, Cherin & Mellott, Washington, DC, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Abdul Aziz appeals the district court's denial of a post judgment motion filed pursuant to Fed.R.Civ.P. 60(b). The district court originally dismissed the action as untimely filed, and this court affirmed. *Aziz v. Orbital Sciences Corp.,* No. 98–

1281, 1998 WL 736469 (4th Cir. Oct.19, 1998) (unpublished).

We review denial of a Rule 60(b) motion for abuse of discretion. *Eberhardt v. Integrated Design & Constr., Inc.,* 167 F.3d 861, 869 (4th Cir.1999). Having reviewed the district court's order denying the motion, we conclude that the court did not abuse its discretion in denying the requested relief. Therefore, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*